UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVEN SIMON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-211 |
| | § | |
| SPECIALIST STAFFING SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING PLEADING

Pending before the Court is the defendant's motion to dismiss on the basis that this dispute is covered by an arbitration clause (Dkt. 6). The Court will construe the motion as one brought under either Federal Rule of Civil Procedure 12(b)(1) or Federal Rule of Civil Procedure 12(b)(3). *See Noble Drilling Servs., Inc. v. Certex USA, Inc.*, 620 F.3d 469, 472 n. 3 (5th Cir. 2010); *Lim v. Offshore Specialty Fabricators, Inc.*, 404 F.3d 898, 902 (5th Cir. 2005). The motion is deficient in the area(s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. \_\_\_ Pleading is not signed. (L.R.11.3)

2. \_\_\_ Pleading is not in compliance with L.R.11.3.A (1) through (6)

3. \_\_\_ Caption of the pleading is incomplete. (L.R.10.1)

4. \_\_\_ No certificate of service, or explanation why service is not required. (L.R.5.4)

5. \_\_\_ Motion is not in compliance with L.R.7:

a. \_\_\_ No statement of opposition or non-opposition. (L.R.7.2)

b. \_\_\_ No statement re conference w/opposing counsel. (L.R.7.1 .D)

c. ___ Separate proposed order not provided. (L.R.7.1.C)

6. ___ Motion to consolidate is not in compliance with L.R.7.6.

7. _**X**__ Other:

a. ___ Red vertical lines on pleading. (L.R.11.4)

b. ___ Computer codes on proposed order (Galveston General Order 2000–1)

c. ___ No space provided for date on proposed order

d. ___ No leave of court

e. ___ Original and One Copy filing requirement. (L.R.5.2)

f. _**X**__ Motion does not comply with Court's Procedures. *See* Hanks Procedures 6.B.

The Clerk is hereby **ORDERED** to strike docket entry 6 from the record and notify counsel of such action.

SIGNED at Galveston, Texas, this 6th day of September, 2018.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge